# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JORDAN ZITOUN and<br>ERIN ZITOUN,<br><br>  *Plaintiffs,*<br><br>v.<br><br>ALLY BANK and CENLAR FSB,<br>as Loan Servicer,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-cv-2192 |

**INDEX OF MATTERS BEING FILED**

Pursuant to Local Rule 81 of the Northern District of Texas, Defendants file the following exhibits in support of the Notice of Removal:

   **Exhibit A:**  Index of Matters Being Filed;

   **Exhibit B:**  Civil Cover Sheet;

   **Exhibit C:**  Supplement to Civil Cover Sheet;

   **Exhibit D:**  State Court Docket Sheet;

   **Exhibit E:**  State Court File;

   **Exhibit F:**  Disclosure Statement and Certificate of Interested Parties.