# EXHIBIT C

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 191st Judicial District Court, Dallas County, Texas | DC-22-11200 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiffs Jordan Zitoun and Erin Zitoun | Darrell W. Cook (SBN: 00787279), Stephen W. Davis (SBN: 24066792), Rachel E. Edwards (SBN: 24101722), Darrell W. Cook & Associates, a Professional Corporation, 6688 N. Central Expressway, Suite 1000, Dallas, Texas 75206, (214) 368-4686 |
   | | |
   | Defendants Ally Bank and Cenlar FSB | Shelley L. Hopkins (SBN: 24036497), Hopkins Law, PLLC, Barrett Daffin Frappier Turner & Engel, LLP - Of Counsel, 3 Lakeway Centre Ct., Suite 100, Austin, Texas 78734, (512) 600-4320 |
   | | Robert D. Forster, II (SBN: 24048470) , Barrett Daffin Frappier Turner & Engel, LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001, (972) 386-5040 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ☐ Yes    ✔ No

   If "*Yes*," by which date and on what date?

   _____    _____
   Party                                                      Date

4. **Answer:**

   Was an Answer made in State Court?   ✔ Yes     ☐ No

   If "*Yes*," by which party and on what date?

   | Defendants Ally Bank and Cenlar FSB | October 3, 2022 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiffs Jordan Zitoun and Erin Zitoun | Injunctive Relief, Breach of Contract, and Wrongful Foreclosure |