# EXHIBIT D

## Case Information

DC-22-11200 | JORDAN ZITOUN, et al vs. ALLY BANK, et al

| | | |
|---|---|---|
| Case Number<br>DC-22-11200 | Court<br>191st District Court | Judicial Officer<br>SLAUGHTER, GENA |
| File Date<br>09/01/2022 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

## Party

**PLAINTIFF**
ZITOUN, JORDAN

Active Attorneys ▼
Lead Attorney
COOK, DARRELL W
Retained

Attorney
DAVIS, STEPHEN W.
Retained

Attorney
EDWARDS, RACHEL ELISE-FARMER
Retained

**PLAINTIFF**
ZITOUN, ERIN

Active Attorneys ▼
Lead Attorney
COOK, DARRELL W
Retained

Attorney
DAVIS, STEPHEN W.
Retained

Attorney
EDWARDS, RACHEL ELISE-FARMER
Retained

---

DEFENDANT
ALLY BANK

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
HOPKINS, SHELLEY L
Retained

---

DEFENDANT
CENLAR FSB

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
28 LIBERTY ST
NEW YORK NY 10005

Active Attorneys ▼
Lead Attorney
HOPKINS, SHELLEY L
Retained

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
| --- | --- | --- | --- |
| TRO CASH BOND | | $500.00 | POSTED |

## Events and Hearings

09/01/2022 NEW CASE FILED (OCA) - CIVIL

09/01/2022 ORIGINAL PETITION ▾

ORIGINAL PETITION

09/01/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▾

PROPOSED TRO

09/01/2022 REQUEST FOR SERVICE ▾

LETTER

09/01/2022 ISSUE CITATION ▾

ISSUE CITATION - ALLY BANK

ISSUE CITATION - CENLAR FSB

09/01/2022 ISSUE NOTICE ▾

ISSUE NOTICE - CENLAR FSB

ISSUE NOTICE - ALLY BANK

09/01/2022 ISSUE TRO ▾

ISSUE TRO - CENLAR FSB

ISSUE TRO - ALLY BANK

09/02/2022 TRO HEARING ▾

Judicial Officer(s)
SLAUGHTER, GENA, MERRITT, TAHIRA

Hearing Time
1:00 PM

Comment
TRO

09/02/2022 MISCELLANOUS EVENT ▾

SUPPLEMENT TO ORIGINAL PETITION

   Comment
   SUPPLEMENT TO ORIGINAL PETITION

09/02/2022 ORDER - TEMPORARY RESTRAINING ORDER ▾

ORDER - TEMPORARY RESTRAINING ORDER

Comment
- & ORDER SETTING HEARING DATE

09/02/2022 BOND FILED

09/02/2022 TRUST RECEIPT ▾

TRUST RECEIPT

09/06/2022 NOTICE OF HEARING / FIAT ▾

NOTICE OF HEARING

Comment
ON APPL FOR TRO

09/07/2022 CITATION ▾

Served
09/08/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/09/2022
Comment
ALLY BANK

09/07/2022 NOTICE ▾

Served
09/08/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/09/2022
Comment
ALLY BANK

09/07/2022 TEMPORARY RESTRAINING ORDER ▾

Served
09/08/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/09/2022
Comment
ALLY BANK

### 09/07/2022 CITATION ▼

Served
09/09/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
09/16/2022
Comment
CENLAR FSB

### 09/07/2022 NOTICE ▼

Served
09/09/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
09/16/2022
Comment
CENLAR FSB

### 09/07/2022 TEMPORARY RESTRAINING ORDER ▼

Served
09/09/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
09/16/2022
Comment
CENLAR FSB

09/09/2022 RETURN OF SERVICE ▼

EXECUTED TEMPORARY RESTRAING ORDER - ALLY BANK

Comment
EXECUTED TEMPORARY RESTRAING ORDER - ALLY BANK

09/09/2022 RETURN OF SERVICE ▼

EXECUTED NOTICE TO SHOW CAUSE - ALLY BANK

Comment
EXECUTED NOTICE TO SHOW CAUSE - ALLY BANK

09/09/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - ALLY BANK

Comment
EXECUTED CITATION - ALLY BANK

09/15/2022 CORRESPONDENCE - LETTER TO FILE ▼

NOTICE OF CANCELLED HEARING

Comment
NOTICE OF HEARING CANCELLATION

09/16/2022 Temporary Injunction ▼

Judicial Officer
MERRITT, TAHIRA

Hearing Time
1:00 PM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
- PER ORDER SIGNED 09/02/2022

09/16/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - CENLAR FSB AS LOAN SERVIER

Comment
EXECUTED CITATION - CENLAR FSB AS LOAN SERVIER

09/16/2022 RETURN OF SERVICE ▼

EXECUTED TEMPORARY RESTRAING ORDER - CENLAR FSB AS LOAN SERVIER

Comment
EXECUTED TEMPORARY RESTRAING ORDER - CENLAR FSB AS LOAN SERVIER

09/16/2022 RETURN OF SERVICE ▼

EXECUTED NOTICE TO SHOW CAUSE - CENLAR FSB AS LOAN SERVIER

Comment
EXECUTED NOTICE TO SHOW CAUSE - CENLAR FSB AS LOAN SERVIER

10/03/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

## Financial

ZITOUN, JORDAN

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $403.00 |
| | Total Payments and Credits | | | $403.00 |
| 9/2/2022 | Transaction Assessment | | | $398.00 |
| 9/2/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 54958-2022-DCLK | ZITOUN, JORDAN | ($261.00) |
| 9/2/2022 | STATE CREDIT | | | ($137.00) |
| 9/2/2022 | Transaction Assessment | | | $5.00 |
| 9/2/2022 | PAYMENT (CASE FEES) | Receipt # 55189-2022-DCLK | COOK KEITH & DAVIS | ($5.00) |

## Documents

ORIGINAL PETITION

PROPOSED TRO

LETTER

SUPPLEMENT TO ORIGINAL PETITION

ORDER - TEMPORARY RESTRAINING ORDER

NOTICE OF HEARING

ISSUE CITATION - ALLY BANK

ISSUE CITATION - CENLAR FSB

ISSUE TRO - CENLAR FSB

ISSUE TRO - ALLY BANK

ISSUE NOTICE - CENLAR FSB

ISSUE NOTICE - ALLY BANK

TRUST RECEIPT

EXECUTED TEMPORARY RESTRAING ORDER - ALLY BANK

EXECUTED NOTICE TO SHOW CAUSE - ALLY BANK

EXECUTED CITATION - ALLY BANK

NOTICE OF CANCELLED HEARING

EXECUTED CITATION - CENLAR FSB AS LOAN SERVIER

EXECUTED TEMPORARY RESTRAING ORDER - CENLAR FSB AS LOAN SERVIER

EXECUTED NOTICE TO SHOW CAUSE - CENLAR FSB AS LOAN SERVIER

ORIGINAL ANSWER