# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JORDAN ZITOUN and ERIN ZITOUN,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:22-cv-2192 |
| **ALLY BANK and CENLAR FSB, as Loan Servicer,** | § § § § | |
| *Defendants.* | § § | |

**DEFENDANTS' DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Ally Bank and Cenlar FSB ("Defendants") file Defendants' Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A.  Disclosure Statement

1. Ally Bank states that it is a wholly-owned subsidiary of Ally Financial Inc. <u>Ally Financial Inc.</u> is publicly traded.

2. Cenlar FSB states that it is a privately owned, federally chartered wholesale bank. <u>Cenlar Capital Corporation</u> is the holding company for Cenlar FSB and is not publicly traded.

### B.  Disclosure of Interested Persons

3. The following persons may have a financial interest in the outcome of this lawsuit:

   a. Jordan Zitoun – Plaintiff;

   b. Erin Zitoun – Plaintiff;

   c. Ally Bank – Defendant;

   d. Cenlar FSB – Defendant;

e. Darrell W. Cook, Stephen W. Davis, Rachel E. Edwards, Darrell W. Cook & Associates, a Professional Corporation, 6688 N. Central Expressway, Suite 1000, Dallas, Texas 75206 – Counsel for Plaintiffs; and

f. Shelley L. Hopkins, Hopkins Law, PLLC, Barrett Daffin Frappier Turner & Engel, LLP – Of Counsel, 3 Lakeway Centre Ct., Suite 110, Austin, Texas 78734; Robert D. Forster, Barrett Daffin Frappier Turner & Engel, LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001 – Counsel for Defendants Ally Bank and Cenlar FSB.

Date: October 3, 2022.

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF*:**
Darrell W. Cook
Stephen W. Davis
Rachel E. Edwards
Darrell W. Cook & Associates, a Professional Corporation
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
dwcook@cookkeithdavis.com
stephen@cookkeithdavis.com
rachel@cookkethdavis.com
**ATTORNEYS FOR PLAINTIFFS**

                                          */s/ Shelley L. Hopkins*
                                          Shelley L. Hopkins