IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORDAN ZITOUN and ERIN ZITOUN, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:22-cv-2192-N |
| ALLY BANK and CENLAR FSB, as Loan Servicer, | § § § § | |
| *Defendants.* | § | |

## DEFENDANT'S EXPERT WITNESS DESIGNATIONS

Pursuant to the Court's Scheduling Order [Doc. 5] and Federal Rule of Civil Procedure 26(a)(2)(B), Defendants Ally Bank and Cenlar FSB (collectively "Defendants") hereby file this Designation of Testifying Experts as follows:

1.  The following experts are expected to give testimony, under Federal Rule of Civil Evidence 701-705, at the time of trial:

> Shelley L. Hopkins
> Hopkins Law, PLLC
> Barrett Daffin Frappier Turner & Engel, LLP – *Of Counsel*
> 3 Lakeway Centre Ct., Suite 110
> Austin, Texas 78734
> Tel: (512) 600-4320

Shelley L. Hopkins has been licensed to practice law in the State of Texas since 2002 (licensed in Arkansas in 2001). She is licensed in all state courts in the State of Texas and admitted into the United States District Court for the Southern District of Texas, United States District Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the

Eastern and Western Districts of Arkansas, the State of Arkansas, the Fifth Circuit, the Second Circuit, and the United States Supreme Court.

Ms. Hopkins has practiced extensively in litigation in Texas since 2002. She is familiar with attorneys' fees charged in cases such as this, in the Northern District of Texas, as well as the counties in the state courts of the Northern District of Texas. Ms. Hopkins is expected to testify regarding the necessity of obtaining counsel in this matter and the reasonableness and necessity of attorneys' fees incurred in the prosecution and defense of this cause of action. Further, she is expected to testify as to the reasonableness and necessity, or lack thereof, of any other attorneys' fees asserted by any other party in this cause. She is also expected to testify in regard to the possible attorneys' fees that might be incurred in the event of appeal to the Fifth Court of Appeals, or further appeal to the United States Supreme Court.

> Ryan Bourgeois
> Barrett Daffin Frappier Turner & Engel, LLP
> 4004 Belt Line Road, Ste. 100
> Addison, Texas 75001
> (972) 341-0916

Mr. Bourgeois is expected to testify regarding the default servicing of the underlying loan as well as foreclosure actions undertaken in protecting the mortgagee's interest in the property.

Any and all documents that the experts have reviewed, or will be reviewed, have been produced, or will be produced, and/or are available for inspection and copying in accordance with the Federal Rules of Civil Procedure, subject to attorney/client privilege, or such documents are matter of public record.

    2.    Written Reports.

        a.    No reports have been prepared at this time. Defendants will supplement as reports become available.

        b.    Reports will be supplemented as additional information is revealed during

discovery and Defendants reserve the right to supplement as discovery has not been completed in this case.

3. Defendants reserve the right to designate, at or before trial, any expert(s) that have been or may be designated by any other party to this lawsuit.

4. Defendants reserve the right to call and/or designate other expert witnesses as rebuttal witnesses, the need for which and identity of which cannot be reasonably anticipated at this time.

5. Defendants and its experts reserve the right to utilize all or part of the literature and/or documents produced, identified or relied upon by any other party's expert witnesses. Defendants and its experts reserve the right to utilize the deposition testimony of any other party's expert witnesses, to the extent such individuals created documents, as fact/expert witnesses, and Defendants and their designated experts may utilize all such facts, findings, opinions and recommendations contained within those individual records. Although Defendants do not vouch for all or part of the deposition testimony which may be given by any other party, any of any other party's designated expert witnesses, and/or adverse witnesses, Defendants reserve the right to utilize the deposition and oral testimony of any expert witnesses designated by any other party. Defendants and their experts reserve the right to utilize all or part of the literature and/or documents produced, identified or relied upon by other experts designated by any party hereto.

6. In addition to the previous individual, Defendants reserve the right to designate any person, or persons, with knowledge of relevant facts that may be identified by any party to this cause of action as an expert witness, or who may be designated as an expert witness by any party to this cause of action in response to discovery propounded to that party by any other party in this case.

Dated: July 20, 2023.

Respectfully submitted,

By:  /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

Jordan Zitoun
331 S Larkin Rd.
Sunnyvale, Texas 75182

Erin Zitoun
331 S Larkin Rd.
Sunnyvale, Texas 75182

**PRO SE PLAINTIFFS**

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins