IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORDAN ZITOUN and<br>ERIN ZITOUN,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLY BANK and CENLAR FSB,<br>as Loan Servicer,<br><br>    Defendants, | § § § § § § § § § § § | No. 3:22-cv-2192-N-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 5, 2024. (ECF No. 15). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 16th day of February, 2024.

_____
DAVID C. GODBEY
CHIEF JUDGE